1
2
3
4
5
6   IN THE UNITED STATES DISTRICT COURT
7   FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9   NINO GADDINI,                        )        No. C 07-1070 JSW (PR)
                                         )
10          Petitioner,                  )        ORDER OF DISMISSAL
                                         )
11     v.                                )
                                         )
12  ROBERT AYERS, Warden,                )
                                         )
13          Respondent.                  )
                                         )
14
15      Petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 on
16  February 21, 2007.  On July 26, 2007, the Court dismissed the petition with leave to
17  amend within thirty days (docket no. 5).  In the Court's order, Petitioner was warned that
18  failure to respond to the Court's order by the deadline would result in dismissal of this
19  action without prejudice. More than 60 days have passed since the Court's order and
20  Petitioner has not responded.  Accordingly, Petitioner's action is hereby dismissed
21  without prejudice for failure to prosecute and to comply with a court order pursuant to
22  pursuant to Fed. R. Civ. P. 41(b).  *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962);
23  *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991).  The Clerk shall terminate any
24  pending motions as moot, close the file and enter judgment in this matter.
25      IT IS SO ORDERED.
26  DATED: October 25, 2007
                                              JEFFREY S. WHITE
27                                            United States District Judge
28

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

NINO GADDINI,

        Plaintiff,

  v.

ROBERT AYERS et al,

        Defendant.

Case Number: CV07-01070 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 25, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Nino Gaddini
F22217
CSP-San Quentin
San Quentin, CA 94974

Dated: October 25, 2007

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk